IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TINA MARIE HATLEVIG,

               Plaintiff,                                     ORDER

     v.                                                         13-cv-769-wmc

PATRICK R. DONAHOE, Postmaster General and
GREAT LAKES AREA U.S. POSTAL SERVICE,

               Defendants.

---

Plaintiff Tina Hatlevig has filed a proposed civil complaint, alleging that she is being retaliated against for reporting sexual harassment against a coworker. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is as follows:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff is unemployed and has no monthly income. She has no substantial assets and no dependents. Because plaintiff's income is less than $16,000, she can proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Tina Hatlevig for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 7th day of November, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge